# SHER TREMONTE LLP

# MEMO ENDORSED

April 30, 2020

**FILED VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Sentencing is scheduled for July 31, 2020, at 10:30 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/12/2020_____
> New York, New York

   Re: *United States v. Carlos Sanchez Galan*
      Case No. 16 Cr. 771 (ER)

Dear Judge Ramos:

  I represent Carlos Sanchez Galan in the above-referenced case. I write to respectfully request the scheduling of a sentencing hearing on a date between mid-July and mid-August.

  As the Court is aware, Mr. Galan was previously scheduled to be sentenced on November 8, 2019, but was instead appointed new counsel due to a breakdown in attorney client relations. Since then, I have been working with Mr. Galan to correct errors in the PSR and prepare for sentencing. In light of the very difficult conditions at the MCC where Mr. Galan is detained, we request a sentencing date so that, if conditions permit, his case will be resolved and he can be transferred from the MCC.

  Counsel for the Government consents to this request.

  I appreciate the Court's consideration.

                Respectfully submitted,

                /s/_____
                Justine A. Harris

CC: All counsel of record (via ECF)