USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __7/21/2020__

**SHER TREMONTE** LLP

**MEMO ENDORSED**

July 17, 2020

> The July 31, 2020 sentencing is adjourned to September 10, 2020, at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __7/21/2020__
> New York, New York

**FILED VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Carlos Sanchez Galan*
      Case No. 16 Cr. 771 (ER)

Dear Judge Ramos:

    We write to respectfully request an adjournment of Mr. Carlos Sanchez Galan's sentencing to September 10, 2020. We understand that this date is amenable to all parties and the Court.

    We appreciate the Court's consideration.

Respectfully submitted,

/s/_____
Justine A. Harris
Anna Estevao

CC:   All counsel of record (via ECF)